## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NEY ENRIQUE PEREZ WILLIAMS, | : | Civil No. 1:25-CV-02308 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| WARDEN OF FCI-ALLENWOOD, | : | |
| | : | |
| Respondent. | : | Judge Jennifer P. Wilson |

## <u>ORDER</u>

**AND NOW**, on this 29th day of December 2025, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The petition, Doc. 1, is **FILED**.

2. The petition, Doc. 1, is **DISMISSED**.

3. The Clerk of the Court is directed to **CLOSE** the case.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania